[No. 21623-0-II.    Division Two.    March 5, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC MICHAEL BACOLOD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-01655-3, Terry D. Sebring, J., entered February 4, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 22060-1-II.    Division Two.    March 5, 1999.]

WILLIAM DEWEY, *Appellant*, v. TACOMA SCHOOL DISTRICT No. 10, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-03719-0, Rudolph J. Tollefson, J., entered April 30, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Seinfeld, J. Now published at 95 Wn. App. 18.

[No. 22523-9-II.    Division Two.    March 5, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT PAUL O'NEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-02486-5, Thomas Felnagle, J., entered September 18, 1997. *Reversed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 22567-1-II.    Division Two.    March 5, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DARWIN SHANE SHUM, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-01290-2, James E. Rulli, J., entered October 21, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Hunt, J.